

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00579-CR

**EX PARTE** Eric Uriel **SIFUENTES**, et al.

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 5135
Honorable Roland Andrade, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the State of Texas's motion to dismiss for lack of jurisdiction is DENIED. However, this appeal is DISMISSED AS MOOT as to all appellants other than Jhony Alexander Cerrato Perez, Jesus Alejandro Rodriguez Gutierrez, Michael David Alvarado-Cerrato, and Ever Rolando Galdamez-Milla.

The trial court's order denying the joint habeas corpus application of Jhony Alexander Cerrato Perez, Jesus Alejandro Rodriguez Gutierrez, Michael David Alvarado-Cerrato, and Ever Rolando Galdamez-Milla is REVERSED, and this case is REMANDED to the trial court to set bonds in amounts that Jhony Alexander Cerrato Perez, Jesus Alejandro Rodriguez Gutierrez, Michael David Alvarado-Cerrato, and Ever Rolando Galdamez-Milla can afford. We ORDER the trial court to set those bonds within one calendar day of the issuance of this opinion, judgment, and mandate.

The clerk of this court is ORDERED to issue the mandate immediately.

SIGNED January 24, 2022.

_____
Beth Watkins, Justice